■ CLELIA B. CARISSIMO, Appellant, v. MARIUS F. CARISSIMO, Respondent. — Motion by respondent to dismiss appeal denied, on condition that appellant

argue or submit the appeal at the November Term, beginning October 31, 1960. The appeal is ordered to be placed on the calendar for said term. The appellant's brief must be served and filed on or before October 24, 1960. Nolan, P. J., Beldock, Christ, Pette and Brennan, JJ., concur.